IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, by and through the KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, by and through HONORABLE ASHTON B. CARTER, Secretary of Defense, and HONORABLE PATRICK J. MURPHY, Secretary of the Army,<br><br>    Defendant. | Case No. 15-cv-04907-DDC-KGS |

## MEMORANDUM AND ORDER

This case comes before the Court on plaintiff's Motion to Redact Exhibit to Transcript (Doc. 33). Defendant has filed no response opposing this motion.

On February 23, 2016, the Court conducted a hearing on plaintiff's motion for preliminary injunction. During this hearing, Government's (Plaintiff's) Exhibit 5 was offered and admitted into evidence. *See* Doc. 27 at 131, 134 (Hearing Transcript). Exhibit 5 is an already partially redacted post negotiation memorandum. Because this exhibit contains commercially sensitive financial information, plaintiff orally moved that certain numbers on page three also be redacted from the public record. Defendant had no objection, and the Court granted the oral motion because the numbers were commercially sensitive competitive bid values. The Court directed plaintiff to submit an additionally redacted copy of the exhibit for the record.

1

Now, plaintiff moves to redact commercially sensitive financial information found on other pages of this exhibit, for the same reasons argued in its oral motion during the hearing. After reviewing the additional information plaintiff now seeks to redact, the Court grants plaintiff's Motion to Redact Exhibit to Transcript (Doc. 33).  The Court concludes that the portions specified on pages two, five, seven, and eight also are commercially sensitive competitive bid values that shall be redacted from the exhibit in the public record.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Motion to Redact Exhibit to Transcript (Doc. 33) is granted.

**IT IS FURTHER ORDERED THAT** the redacted version of Plaintiff's Exhibit 5 attached to plaintiff's motion as Doc. 33–1 shall be the Exhibit 5 included in the public record.

**IT IS SO ORDERED.**

**Dated this 14th day of April, 2016, at Topeka, Kansas.**

<u>s/ Daniel D. Crabtree</u>
**Daniel D. Crabtree**
**United States District Judge**