IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS, by and through the KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES,** | |
| **Plaintiff,** | |
| v. | Case No: 15-4907-DDC-KGS |
| **UNITED STATES, by and through HONORABLE JIM MATTIS, Secretary of Defense, and HONORABLE MARK ESPER, Secretary of the Army[1],** | |
| **Defendant,** | |
| **and** | |
| **SOURCEAMERICA and LAKEVIEW CENTER, INC.,** | |
| **Intervenors.** | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of:

    1.    This Court's Preliminary Injunction Order entered in favor of the plaintiff, *Kansas v. United States*, No. 15-cv-4907, 2016 WL 3129397 (D. Kan. Feb. 26, 2016), and as further explained in *Kansas v. United States*, 171 F. Supp. 3d 1145 (D. Kan. 2016), and *Kansas v. United States*, 192 F. Supp. 3d 1184 (D. Kan. 2016);

---

[1] Mark Esper is now the Secretary of the Army, effective November 20, 2017. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mark Esper is substituted for Robert M. Speer as the Defendant Secretary of the Army. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.").

2. The Tenth Circuit decision affirming this Court's jurisdiction to issue the preliminary injunction without addressing its merits, and holding that "the arbitration panel has since issued its decision thereby dissolving that injunction," *Kansas v. SourceAmerica*, 874 F.3d 1226, 1252 (10th Cir. 2017); and

3. The accompanying Joint Motion to Dismiss filed in response to this Court's order of January 31, 2018 (Dkt. No. 89), which stated that there were no open matters before this Court in this action and requested entry of this proposed order of dismissal;

It is hereby ORDERED under Fed. R. Civ. P. 41(a)(2) that the Court's preliminary injunction has DISSOLVED, and that this case is DISMISSED, without prejudice, with each party to bear its own fees and costs.

**Dated this 21st day of February, 2018, at Topeka, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
